**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL LUIS GALLARDO, | ) Case No.: 1:17-cv-00390-SAB (PC) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER DENYING PLAINTIFF'S MOTION TO |
| | ) FILE EXHIBITS AND DIRECTING CLERK OF |
| STU SHERMAN, et al., | ) COURT TO RETURN EXHIBITS ATTACHED AS |
| | ) EXHIBITS TO PLAINTIFF'S MOTION FILED ON |
| | ) NOVEMBER 20, 2017 |
| Defendants. | ) |
| | ) [ECF No. 27] |
| | ) |

Plaintiff Angel Luis Gallardo is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion requesting that the Court file exhibits in this case, filed on November 20, 2017.

Plaintiff is advised that the Court is not a repository of the parties' evidence. Originals, or copies of evidence (i.e., prison or medical records, inmate appeals, etc.) need not be submitted until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the Court). Accordingly, Plaintiff's motion to file exhibits is denied and the Clerk of Court is directed to return the exhibits attached Plaintiff's motion.

IT IS SO ORDERED.

Dated: **November 22, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

1