# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL LUIS GALLARDO,<br><br>        Plaintiff,<br><br>    v.<br><br>STU SHERMAN, et al.,<br><br>        Defendants. | Case No. 1:17-cv-00390-DAD-SAB (PC)<br><br>ORDER RESCHEDULING SETTLEMENT CONFERENCE FROM MAY 3, 2018 TO **APRIL 17, 2018, AT 9:30 A.M.** |

Plaintiff Angel Luis Gallardo is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 11, 2018, the Court referred this case to post-screening Alternative Dispute Resolution, stayed the action for 120 days, and set a settlement conference for May 3, 2018, at 9:30 a.m. before United States Magistrate Judge Barbara A. McAuliffe. Due to a conflict on the Court's calendar, the settlement conference in this case is rescheduled to Tuesday, April 17, 2018, at 9:30 a.m. The settlement conference will still occur at the United States District Court, 2500 Tulare Street, Fresno, California, 93721 in Courtroom 8.

///

///

///

1

Accordingly, it is HEREBY ORDERED that the settlement conference is rescheduled from May 3, 2018, to **Tuesday, April 17, 2018, at 9:30 a.m.** before the United States Magistrate Judge Barbara A. McAuliffe. The settlement statements shall arrive no later than **April 10, 2018**, in accordance with the terms set forth in the Court's January 11, 2018 order. All other deadlines and obligations shall remain the same.

IT IS SO ORDERED.

Dated: __**January 16, 2018**__

UNITED STATES MAGISTRATE JUDGE