

FILED
APR 17 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL LUIS GALLARDO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STU SHERMAN, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00390-DAD-SAB (PC)<br><br>ORDER THAT INMATE ANGEL LUIS GALLARDO, CDCR # F-91141 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

　　　Plaintiff Angel Luis Gallardo is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　A settlement conference in this matter commenced on April 17, 2018, inmate Angel Luis Gallardo, CDCR #F-91141, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 4/17/18

_____
UNITED STATES MAGISTRATE JUDGE

1