1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **EASTERN DISTRICT OF CALIFORNIA**

10

11  ANGEL LUIS GALLARDO,                    ) Case No. 1:17-cv-00390-DAD-SAB (PC)
                                            )
12            Plaintiff,                     )
                                            )
13     v.                                   ) ORDER VACATING STAY AND **AMENDED**
                                            ) **DISCOVERY AND SCHEDULING ORDER**
14  STU SHERMAN, et al.,                    )
                                            )
15            Defendants.                    )
                                            )
16  _____)

17            Plaintiff Angel Luis Gallardo is appearing pro se and in forma pauperis in this civil rights

18  action pursuant to 42 U.S.C. § 1983.

19            On January 11, 2018, the Court referred the case to post-screening alternative dispute

20  resolution, the case was stayed for 120 days, and a settlement conference was set for May 3, 2018.

21  (ECF No. 35.)  On January 17, 2018, the Court rescheduled the settlement conference from May 3,

22  2018, to April 17, 2018.  (ECF No. 36.)  On April 17, 2018, a settlement conference was conducted

23  and the case did not settle.  Accordingly, it is HEREBY ORDERED:

24       1.    The stay is lifted and the discovery and scheduling order is amended as follows:

25       a.    The deadline for filing an exhaustion motion is **September 5, 2018;**

26       b.    The deadline for amending the pleadings is **November 5, 2018**;

27       c.    The deadline for completion of all discovery, including filing motions to compel, is

28             **January 4, 2019**;

d.     The deadline for filing pretrial dispositive motions is **March 5, 2019**; and

e.     All other provisions of the Court's December 5, 2017, order remain in full force and effect.

IT IS SO ORDERED.

Dated:   **July 17, 2018**

UNITED STATES MAGISTRATE JUDGE