# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL LUIS GALLARDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STU SHERMAN, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00390-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO SUBMIT A COMPLETE COPY OF PLAINTIFF'S DEPOSITION TRANSCRIPT<br><br>[ECF No. 56] |

　　　　Plaintiff Angel Luis Gallardo is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On February 28, 2019, Defendants filed a motion for summary judgment and cited portions of Plaintiff's deposition. However, Defendants did not submit a copy of the complete deposition as required by Local Rule 133(j).

　　　　Accordingly, IT IS HEREBY ORDERED that Defendants shall submit a complete copy of Plaintiff's deposition by way of hard copy or email to saborders@caed.uscourts.gov. within **ten days** from the date of service of this order.

IT IS SO ORDERED.

Dated: __March 1, 2019__

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1