# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL LUIS GALLARDO, | Case No. 1:17-cv-00390-SAB (PC) |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF THIRTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER TO FILE AN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT |
| STU SHERMAN, et al., | |
| Defendants. | [ECF Nos. 56, 61] |

Plaintiff Angel Luis Gallardo is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 28, 2019, Defendants Martin and Reyes filed a motion for summary judgment. On March 5, 2019, Defendant Garcia filed a motion for summary judgment, however, the Rand notice was deficient. Therefore, on March 11, 2019, the Court denied Defendant Garcia's motion, without prejudice, to re-filing with the proper notice. On March 11, 2019, Defendant Garcia re-filed the motion for summary judgment, along with the proper Rand notice. Accordingly, it is HEREBY ORDERED that Plaintiff is granted **thirty (30)** days from the date of service of this order to file a single opposition to both Defendants' motions.

IT IS SO ORDERED.

Dated: **March 12, 2019**

UNITED STATES MAGISTRATE JUDGE

1